UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Michael Wardlaw-Brown

                                 Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21mj4887

Defendant __Michael Wardlaw-Brown__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

__/s/ Michael Wardlaw-Brown__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Michael Wardlaw-Brown__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__5-6-2021__
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge